Courtney Anne Kelton
Petitioner, *sui juris*
c/o 540A MacGregor Road
Belgrade, Montana 59714
406-422-3858
c.k.estateandtrust@proton.me

Date: December 15, 2025

Clerk of Court
United States District Court
District of Montana
Helena Division

Re: Emergency Filing – Petition for Writ of Habeas Corpus and Emergency Motion

for Temporary Restraining Order

Dear Clerk of Court:
I respectfully submit the enclosed filings for docketing and request that they be treated as **EMERGENCY MATTERS** and promptly transmitted to chambers for judicial review.
The filings include:

1. Petition for Writ of Habeas Corpus;

2. Emergency Motion for Temporary Restraining Order and Injunctive Relief;

3. Proposed Temporary Restraining Order;

4. Certificate of Ex Parte Necessity;

5. Notice of Irreparable Harm and Retaliation Risk; and

6. Any related supporting exhibits.

These filings seek immediate relief from ongoing restraints on liberty and are submitted to preserve this Court's habeas corpus jurisdiction and prevent irreparable harm that cannot be remedied after the fact. The Emergency Motion requests temporary relief only to maintain the status quo pending judicial consideration.

Because the relief sought is time-sensitive and involves ongoing custody-related restraints, I respectfully request that this matter be flagged for **emergency consideration**.

Thank you for your attention to this filing. Please advise if any additional procedural steps are required.

Respectfully,

_____/s/ Courtney Anne Kelton_____
Petitioner, *sui juris*