IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| Courtney Anne Kelton, | Case No. 2:25-cv-00119-BMM |
|    Petitioner–Appellant, | |
| v. | NOTICE OF APPEAL |
| Jeffrey S. Shaw, et al., | |
|    Respondents–Appellees. | |

NOTICE IS HEREBY GIVEN that Petitioner Courtney Anne Kelton, appearing sui juris, hereby appeals to the United States Court of Appeals for the Ninth Circuit from:

1. The final Judgment entered on December 22, 2025; and

2. The Order denying Petitioner's Motion to Alter or Amend Judgment entered January 6, 2026.

This appeal is taken from final decisions of this Court to the appropriate court of appellate review.

Dated: January 08, 2026

/s/   Courtney Anne Kelton
Petitioner–Appellant, sui juris
(contact information on file)