IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| Courtney Anne Kelton, | Case No. 2:25-cv-00119-BMM |
|    Petitioner–Appellant, | |
| v. | MOTION FOR CERTIFICATE OF APPEALABILITLY |
| Jeffrey S. Shaw, et al., | |
|    Respondents–Appellees. | |

Petitioner Courtney Anne Kelton, appearing sui juris, respectfully moves for issuance of a Certificate of Appealability.

This motion is filed to preserve appellate review and does not concede that a certificate is required for jurisdiction. It is submitted in the alternative should such a determination be made.

A certificate should issue because this case presents substantial constitutional and jurisdictional questions, including whether a federal court may dismiss a habeas petition challenging undisputed, ongoing restraints on liberty by:

1. Assuming an exhaustion requirement without identifying any enacted law imposing such a requirement;

2. Asserting abstention without making a factual finding that the relief sought would interfere with an ongoing state criminal prosecution;

3. Reclassifying custody as non-custodial without jurisdictional analysis; and

4. Dismissing claims of liberty deprivation without a hearing and without identifying any law authorizing such deprivation, in violation of the Fifth Amendment.

Reasonable jurists could debate the correctness of the Court's rulings, and the issues presented are adequate to deserve encouragement to proceed further.

Petitioner respectfully requests that a Certificate of Appealability issue on these questions.

Dated: _____, 2026

/s/   Courtney Anne Kelton

Petitioner–Appellant, sui juris

(contact information on file)