IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| COURTNEY ANNE KELTON,<br><br>Petitioner,<br><br>vs.<br><br>JEFFREY S. SHAW, DIRECTOR OF MONTANA DEPARTMENT OF CORRECTIONS; MICHELLE HALL, COMPACT ADMINISTRATOR OF MONTANA INTERSTATE COMPACT OFFICE; INTERSTATE COMMISSION FOR ADULT OFFENDER SUPERVISION, DOES 1-20,<br><br>Respondents. | Case No. CV 25-119-BU-BMM<br><br>ORDER |

Petitioner Courtney Anne Kelton filed an application seeking habeas corpus relief. (Doc. 1.) The Court determined that dismissal of the petition proved appropriate for several reasons. (*See generally*, Doc. 6.) The Court further advised Kelton of the basis for denying a certificate of appealability. (*Id.*) Kelton subsequently filed a motion to alter or amend the judgment pursuant to Federal Rule of Civil Procedure 59(e). (Doc. 8.) The Court denied Kelton's motion.

1

(Doc. 9.) Kelton then filed a notice of appeal and contemporaneously filed a motion requesting that the Court issue a certificate of appealability. (Docs. 10 & 11.)

In her request for a certificate of appealability, Kelton reasserts her arguments that the Court erred in its exhaustion and abstention determinations and that a hearing should have been held before dismissal of her petition. (*Id*. at 2.) The Court previously addressed these arguments in the order dismissing Kelton's habeas petition and in the order denying Kelton's Rule 59 motion. (Docs. 6 & 8.) The Court previously determined that Kelton failed to meet the requisite showing to warrant a certificate of appealability. (Doc. 6 at 18.)

Kelton's attempt to renew arguments already considered does not alter this Court's previous findings. To the extent that Kelton's motion can be read as a request for a certificate of appealability to appeal the denial of her post judgment motion for relief, *see e.g., United States v. Winkles*, 795 F. 3d 1134, 1142 (9th Cir. 2015), the Court finds that reasonable jurists would not find it debatable whether the Court abused its discretion in denying Kelton's motion.

Kelton is not entitled to a certificate of appealability as to her underlying habeas petition nor is she entitled to one relative to the denial of her Rule 59 motion. Kelton's relief, if any, lies in appeal. She may not continue to file motions in this closed matter.

IT IS ORDERED that Kelton's motion for certificate of appealability (Doc. 11) is **DENIED**.

DATED this 14th day of January, 2026.

_____
Brian Morris, Chief District Judge
United States District Court